UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

TISHA M. DALEY,

        Plaintiff,

v.

INSTANT BRANDS, INC.,

        Defendant.

CASE NO.: 1:23-cv-00006-JRS-MJD

## PLAINTIFF'S PRELIMINARY EXHIBIT LIST

Plaintiff, by and through her counsel, pursuant to the Court's Order, hereby lists her preliminary exhibits for trial as follows:

1. Photographs of Plaintiff Tisha Daley's Injuries [DALEY0001 – DALEY0009]
2. Photographs of Plaintiff Tisha Daley's Scarring [DALEY0010 – DALEY0017]
3. Photographs of the Subject Pressure Cooker [DALEY0205 – DALEY0209]
4. The Subject Pressure Cooker
5. Medical records from Hospital of the Reid Hospital and Health Services [DALEY0018 – DALEY0119]
6. Medical records from Eskenazi Health [DALEY0120 – DALEY0179]
7. Medical billing from Hospital of the Reid Hospital and Health Services [DALEY0180 – DALEY0186]
8. Medical billing from Eskenazi Health [DALEY0187 – DALEY0190]
9. Exemplar Duo Nova Instant Pot Pressure Cooker for demonstrative purposes
10. Expert Report of David Rondinone, PhD, P.E. and Derek King, P.E.
11. Duo Nova Owners Manual

12. Underwriter's Laboratories, Inc. Standard for Safety No. 1026

13. Underwriter's Laboratories, Inc. Standard for Safety No. 136, Section 9 Cover Opening Test

14. Instant Pot promotional video entitled "Getting to Know Your New Instant Pot IP-DUO"

15. Instant Pot promotional video entitled "Introducing Instant Pot IP-DUO series electric pressure cooker"

16. Instant Pot webpage entitled "10 Safety Mechanisms"

17. Instant Pot webpage entitled "Cooking Tips"

18. List of Other Similar Incidents (OSIs) (to be produced by Defendant in this matter, but in counsel's possession related to other matters)

Dated: March 3, 2023

**JOHNSON BECKER, PLLC**

*/s/ Adam J. Kress, Esq.*
Adam J. Kress, Esq. (#0397289)
Admitted *Pro Hac Vice*
Anna R. Rick, Esq. (#0401065)
Admitted *Pro Hac Vice*
444 Cedar Street, Suite 1800
(612) 436-1800 / (612) 436-1801 (fax)
akress@johnsonbecker.com
arick@johnsonbecker.com

*In association with:*

**COHEN & MALAD, LLP**

Lynn A. Toops, Esq. (No. 26386-49)
Amina A. Thomas, Esq. (No. 34451-49)
One Indiana Square, Suite 1400
Indianapolis, IN 46204
(317) 636-6481
ltoops@cohenandmalad.com
athomas@cohenandmalad.com
***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this this 3rd day of March, 2023, I presented the foregoing **PLAINTIFF'S PRELIMINARY EXHIBIT LIST** which was served via electronic mail upon all known counsel of record via ECF:

AMI T. ANDERSON
Ami.Anderson@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH, LLP
2211 Main Street, Suite 3-2A
Highland, Indiana 46322

*Attorneys for Defendant Instant Brands*

Dated: March 3, 2023                                        */s/ Adam J. Kress*