UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

TISHA M. DALEY,

        Plaintiff,

v.

INSTANT BRANDS, INC.,

        Defendant.

CASE NO.: 1:23-cv-00006-JRS-MJD

## PLAINTIFF'S PRELIMINARY WITNESS LIST

Plaintiff, by and through her counsel, pursuant to the Court's Order, hereby lists witnesses for trial as follows:

1. Rondinone, David Ph.D., P.E. and Derek King, M.S., P.E.
   Berkeley Engineering & Research, Inc.
   808 Gilman Street
   Berkeley, CA 94710

   Dr. Rondinone and Mr. King are Plaintiff's expert witnesses. Dr. Rondinone and Mr. King will be called to testify regarding the adequacy of the warnings of and the defects present in Defendant's pressure cookers, including the subject pressure cooker, as well as other subjects or opinions in subsequent deposition testimony, including reasonable inferences arising therein.

2. Plaintiff Tisha Daley
   c/o Johnson Becker, PLLC
   444 Cedar Street, Suite 1800
   Saint Paul, MN 55101

   Plaintiff Tisha Daley will be called to testify regarding the nature and extent of her injuries, as well as her experience with the subject pressure cooker at issue in this lawsuit.

3. Joshua Summers
   c/o Johnson Becker, PLLC

      444 Cedar Street, Suite 1800
      Saint Paul, MN 55101

      Joshua Summers was Plaintiff's significant other at the time of the incident. Mr. Summers will be called to testify regarding the nature and extent of Plaintiff's injuries.

4.     Yi Qin
      c/o Defendant Instant Brands, Inc.

      Yi Qin is the Senior Vice President Future Innovations and Technologies at Instant Brands. He is expected to testify regarding the development, design specifications, testing, and certifications of the pressure cooker as well as the language and warnings contained in the User Manual.

5.     Physicians and staff at Reid Hospital and Health Services
      1100 Reid Parkway
      Richmond, IN 47374

      Plaintiff's primary treating physicians following the incident are expected to testify to the necessity for and reasonableness of Plaintiff's medical treatment and the reasonableness of the bills for such treatment.

6.     Physicians and staff at Eskenazi Health
      720 Eskenazi Avenue
      Indianapolis, IN 46202

      Plaintiff's primary treating physicians following the incident are expected to testify to the necessity for and reasonableness of Plaintiff's medical treatment and the reasonableness of the bills for such treatment.

7.     Records Custodians:

    a.     Reid Hospital and Health Services, 1100 Reid Parkway, Richmond, IN 47374

    b.     Eskenazi Health, 720 Eskenazi Avenue, Indianapolis, IN 46202

PLAINTIFF RESERVES THE RIGHT TO OBJECT TO ANY AND ALL WITNESSES LISTED BY OTHER PARTIES TO THIS ACTION AND RESERVES THE RIGHT TO AMEND THIS

SCHEDULE OF WITNESSES, SHOULD ADDITIONAL WITNESSES BE IDENTIFIED THROUGH DISCOVERY SUBSEQUENT TO THE DATE OF THE PRETRIAL STIPULATION.

PLAINTIFF HEREBY RESERVES THE RIGHT TO CALL AND/OR PRODUCE ANY AND ALL WITNESSES AND/OR DOCUMENTARY EVIDENCE LISTED BY THE PARTIES, TO CALL ANY AND ALL IMPEACHMENT AND/OR REBUTTAL WITNESSES AND EXHIBITS NECESSARY, AND TO CALL AND/OR PRODUCE ANY AND ALL NEWLY DISCOVERED WITNESSES AND/OR DOCUMENTARY EVIDENCE, UPON NOTICE TO THE PARTIES.

Dated: March 3, 2023

**JOHNSON BECKER, PLLC**

*/s/ Adam J. Kress, Esq.*
Adam J. Kress, Esq. (#0397289)
Admitted *Pro Hac Vice*
Anna R. Rick, Esq. (#0401065)
Admitted *Pro Hac Vice*
444 Cedar Street, Suite 1800
(612) 436-1800 / (612) 436-1801 (fax)
akress@johnsonbecker.com
arick@johnsonbecker.com

*In association with:*

**COHEN & MALAD, LLP**

Lynn A. Toops, Esq. (No. 26386-49)
Amina A. Thomas, Esq. (No. 34451-49)
One Indiana Square, Suite 1400
Indianapolis, IN 46204
(317) 636-6481
ltoops@cohenandmalad.com
athomas@cohenandmalad.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this this 3rd day of March, 2023, I presented the foregoing **PLAINTIFF'S PRELIMINARY WITNESS LIST** which was served via electronic mail upon all known counsel of record via ECF:

AMI T. ANDERSON
Ami.Anderson@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH, LLP
2211 Main Street, Suite 3-2A
Highland, Indiana 46322

*Attorneys for Defendant Instant Brands*

Dated: March 3, 2023                                           */s/ Adam J. Kress*